# McKool Smith

Robin L. Cohen
Direct Dial: (212) 402-9801
rcohen@McKoolSmith.com

One Manhattan West
50th Floor
New York, NY 10001

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

August 12, 2020

**VIA ECF**

The Honorable George B. Daniels
United Stated District Judge
Southern District of New York
500 Pearl Street
New York, NY 10009

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: AUG 1 2 2020

RE:   ***Virtu Financial, Inc. v. AXIS Insurance Co.***
      **No.: 1:20-cv-06293, Application for Order Allowing Redactions**

Dear Judge Daniels:

We represent Plaintiffs Virtu Financial, Inc. and Virtu Americas, LLC. (collectively "Virtu") in the above-referenced case. I write pursuant to Your Honor's Individuals Rules of Practice respectfully to request an order allowing Virtu to redact certain sensitive information from Exhibits B, D, and E to Virtu's Complaint.[1]

Virtu's lawsuit is a claim for insurance coverage arising out of a hacking incident of Virtu's computer systems. Specifically, after a successful hacking campaign, the hackers took over the email account of a Virtu executive and, pretending to be the executive, directed Virtu's accounting department to transfer approximately $10.8 million to two overseas accounts. Neither the Virtu executive nor Virtu's accounting personnel bear any responsibility for this fraud, and their identities have no bearing on the merits of the dispute pending before the Court.

As such, in the interest of preventing personal embarrassment to these individuals—who themselves are the victims of a crime—Virtu respectfully requests that the Court grant Virtu leave to redact these individuals' names from Exhibits B, D, and E to Virtu's Complaint.

Respectfully,

*/s/ Robin L. Cohen*

Robin L. Cohen

---

[1] Due to an error, Exhibits B, D, and E were initially filed on the Court's public docket. Upon Virtu's request, the Clerk of the Court temporarily sealed these exhibits pending the Court's consideration of this application.

**McKool Smith**
A Professional Corporation • Attorneys
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington, DC