UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
VIRTU FINANCIAL INC. and VIRTU AMERICAS LLC

                        Plaintiffs,

    -against-

AXIS INSURANCE COMPANY,

                       Defendant.
------------------------------------x

ORDER

20 Civ. 6293 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's request that this Court defer Defendant's time to respond to Plaintiffs' motion for summary judgment until after completion of discovery is DENIED. Defendant may include in its response to Plaintiffs' motion for summary judgment any arguments regarding whether Plaintiffs' motion is premature and should be denied pending completion of discovery.

Dated: New York, New York
       September 10, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge