

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

Joseph G. Finnerty III
joseph.finnerty@us.dlapiper.com
T  212- 335-4800

October 23, 2020

VIA ECF

Honorable George B. Daniels
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

      Re:    Virtu Financial, Inc. v. Axis Insurance Company,
              Case No. 1:20-cv-06293-GBD

**SO ORDERED:**

*/s/ George B. Daniels*
**George B. Daniels, U.S.D.J.**
**Dated:** OCT 2 6 2020

Dear Judge Daniels:

    On behalf of AXIS Insurance Co. ("AXIS"), we write pursuant to Your Honor's Individual Rules of Practice (Rule I.D.ii) respectfully to request permission to redact certain information and file certain documents under seal in connection with its Opposition to Plaintiffs Virtu Financial, Inc., and Virtu Americas, LLC ("Virtu")'s Motion for Partial Summary Judgment and AXIS's Cross-Motion for Partial Summary Judgment.

    On October 19, 2020, the Court granted Virtu's request to redact certain sensitive information from its Motion for Partial Summary Judgment. In AXIS's Opposition to Plaintiff's Motion for Partial Summary Judgment and AXIS's Cross-Motion for Partial Summary Judgment we have referred to elements of that same information. Further, Virtu has requested that AXIS redact personally-identifying information, including the names of the Virtu employees who were targeted by the conduct at issue and any information designated as confidential information when Virtu filed materials under seal and when Virtu produced materials to AXIS during the claim submission process.

    Accordingly, on these grounds, AXIS respectfully requests this Court grant it permission to redact and file the documents that include the materials described above under seal.

                                          Respectfully submitted,

                                          /s/ Joseph G. Finnerty III
                                          Joseph G. Finnerty III

cc:    Robin Cohen, Esq. (counsel for plaintiff)
        All counsel of record via ECF