

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

Joseph G. Finnerty III
joseph.finnerty@us.dlapiper.com
T   212- 335-4800

November 6, 2020

VIA ECF

Honorable George B. Daniels
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Re:   Virtu Financial, Inc. v. Axis Insurance Company,
Case No. 1:20-cv-06293-GBD

Dated:   NOV 0 9 2020

Dear Judge Daniels:

On behalf of AXIS Insurance Co. ("AXIS"), we write pursuant to Your Honor's Individual Rules of Practice Rule I.D.ii to respectfully request permission to redact certain information and file certain documents under seal in connection with its Reply to Plaintiffs Virtu Financial, Inc. and Virtu Americas, LLC (together "Virtu")'s Opposition to AXIS's Cross-Motion for Judgment on the Pleadings Dismissing Counts II and III of the Complaint.

On October 19, 2020, the Court granted Virtu's request to redact certain sensitive information from its Motion for Partial Summary Judgment. On October 26, 2020, the Court granted AXIS's request to redact certain sensitive information from its Opposition to Virtu's Motion for Partial Summary Judgment and AXIS's Cross-Motion for Judgment on the Pleadings Dismissing Counts II and III of the Complaint. On November 4, 2020, the Court granted Virtu's request to redact certain sensitive information from its Reply in Support of Its Motion for Partial Summary Judgment. In AXIS's Reply to Virtu's Opposition to AXIS's Cross-Motion for Judgment on the Pleadings Dismissing Counts II and III of the Complaint, AXIS has referred to the same information that has been redacted in the parties' previous briefing.

Accordingly, on these grounds, AXIS respectfully requests this Court to grant the permission to redact certain information and file certain documents as described above under seal.



Honorable George B. Daniels<br>
November 6, 2020<br>
Page 2

Respectfully submitted,

/s/ Joseph G. Finnerty III

Joseph G. Finnerty III

cc:     All counsel of record via ECF