**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
VIRTU FINANCIAL INC. and VIRTU AMERICAS :
LLC
:
                           Plaintiffs, :       ORDER
:
      -against- :       20 Civ. 6293 (GBD)
:
AXIS INSURANCE COMPANY, :
:
                          Defendant. :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The January 20, 2021 initial conference is canceled. Oral argument on Plaintiffs' motion for summary judgment, (ECF No. 17), and Defendant's cross-motion for judgment on the pleadings, (ECF No. 37), is scheduled for February 17, 2021 at 11:30 am.

Dated: New York, New York
       January 7, 2021

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge