**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
VIRTU FINANCIAL INC. and VIRTU AMERICAS LLC

                          Plaintiffs,

-against-

AXIS INSURANCE COMPANY,

                          Defendant.
------------------------------------------x

ORDER

20 Civ. 6293 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Plaintiffs' motion for partial summary judgment, (ECF No. 17), and Defendant's cross-motion for judgment on the pleadings, (ECF No. 37), are DENIED, without prejudice. As represented at today's oral argument, Plaintiffs are no longer seeking punitive damages in this action.

Dated: New York, New York
       February 17, 2021

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge