

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

Joseph G. Finnerty III
joseph.finnerty@us.dlapiper.com
T   212-335-4800
M   347-601-8734

March 17, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/17/2021

**MEMO ENDORSED**

Via ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

      Re:    <u>Virtu Financial, Inc. v. AXIS Insurance Company</u>,
                Case No. 1:20-cv-06293-GBD -KHP

Dear Magistrate Judge Parker:

      We are counsel representing the defendant AXIS Insurance Company ("AXIS") in the referenced action.

      We write respectfully to advise that AXIS and the plaintiffs have agreed to mediate the matters in dispute in this action.  <u>Consistent with this plan, with this letter, the parties jointly respectfully request the adjournment of the initial case management conference scheduled for April 1, 2020, including the related deadline to file a proposed case management plan.</u>

      The parties also jointly propose to report to the Court within 60 days of the adjournment to advise on the status of the mediation and to reschedule the Court's case management conference, if necessary.  The parties have not previously requested any adjournment of the initial case management conference.[1]

**APPLICATION GRANTED:  The telephonic Initial Case Management Conference scheduled for Thursday, April 1, 2021 at 12:30 p.m. is hereby rescheduled to <u>Monday, June 28, 2021 at 10:45 a.m.</u>  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.**

**APPLICATION GRANTED**

*Katharine H. Parker*

**Hon. Katharine H. Parker, U.S.M.J.**
**03/17/2021**

---

[1] AXIS previously requested, and was granted, an extension for its time to answer or otherwise respond to the complaint (ECF 15), and to oppose Plaintiffs' Motion for Partial Summary Judgment, (ECF 33).



Honorable Katharine H. Parker
March 17, 2021
Page 2

Respectfully,

Joseph G. Finnerty III

cc:     Adam S. Ziffer, Esq.
        Cindy M. Jordano, Esq.
        Megan Shea, Esq.
        Eric S. Connuck, Esq.