UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIRTU FINANCIAL INC. and VIRTU AMERICAS LLC,

                                            Plaintiffs,

           -against-

AXIS INSURANCE COMPANY,

                                            Defendant.

-----------------------------------------------------------------X

20-CV-6293 (GBD) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCES**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/28/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A series of Case Management conferences in this matter are hereby scheduled on the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**.

      **Thursday, August 19, 2021 at 11:00 a.m.**

      **Thursday, September 9, 2021 at 11:00 a.m.**

      **Thursday, October 21, 2021 at 11:00 a.m.**

      **Thursday, November 18, 2021 at 11:00 a.m.**

      **Thursday, December 16, 2021 at 11:00 a.m.**

      **Thursday, January 20, 2021 at 11:00 a.m.**

**SO ORDERED.**

DATED:    New York, New York
         June 28, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge