```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

VIRTU FINANCIAL INC. and VIRTU AMERICAS LLC,

                                  Plaintiffs,

              -against-

AXIS INSURANCE COMPANY,

                                  Defendant.

----------------------------------------------------------------X

20-CV-6293 (GBD) (KHP)

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Case Management Conference in this matter scheduled for **Thursday, August 19, 2021, at 11:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:     New York, New York
              August 10, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge