**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

VIRTU FINANCIAL INC. and VIRTU AMERICAS LLC,

                             Plaintiffs,

      -against-

AXIS INSURANCE COMPANY,

                             Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021

**20-CV-6293 (GBD) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge**

      Consistent with the Court's directives set forth at the September 9, 2021 case management conference in the above-captioned case, the parties are directed to file a status letter updating the Court on the progress of discovery by no later than September 30, 2021. Further, the parties shall arrange a virtual meeting(s) between the parties' respective experts and/or forensic consultants to discuss and explore the computer data underlying the parties' claims and defenses. That meeting should be scheduled to take place no later than October 29, 2021.

      Additionally, the fact discovery deadline is extended to February 28, 2022.

      Finally, Marsh's compliance with the subpoena is stayed until September 16, 2021. Plaintiff shall immediately notify a Marsh representatives of this stay.

**SO ORDERED.**

DATED:    New York, New York
          September 9, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge