```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

VIRTU FINANCIAL INC. and VIRTU AMERICAS LLC,

                                  Plaintiffs,                        20-CV-6293 (GBD) (KHP)

       -against-                                              **ORDER**

AXIS INSURANCE COMPANY,

                                  Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of increased COVID-19 cases, the case management conference scheduled for 11:00 am on Thursday, December 16, 2021 is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial: (866) 434-5269; access code: 4858267.

**SO ORDERED.**

DATED:      New York, New York
                  December 14, 2021

                                                       */s/ Katharine H. Parker*
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge