USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VIRTU FINANCIAL INC. and VIRTU AMERICAS LLC,

                                  Plaintiffs,                            **20-CV-6293 (GBD) (KHP)**

       -against-                                                      **ORDER**

AXIS INSURANCE COMPANY,

                                  Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the representations made by the parties at the December 14, 2021 settlement conference, the case management conference scheduled for 11:00 am on Thursday, December 16, 2021 is hereby postponed until **February 2, 2022 at 12:30 p.m**. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial: (866) 434-5269; access code: 4858267.**

SO ORDERED.

DATED:      New York, New York
               December 15, 2021

                                                              _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge