```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/01/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

VIRTU FINANCIAL INC. and VIRTU AMERICAS
LLC,

                          Plaintiffs,

          -against-

AXIS INSURANCE COMPANY,

                         Defendant.

----------------------------------------------------------------X

**20-CV-6293 (GBD) (KHP)**

**ORDER ADJOURNING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The Case Management Conference previously scheduled for **Wednesday, February 2, 2022 at 12:30 p.m.** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:     New York, New York
            February 1, 2022

                                     _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge